■ AMHERST BOWLING CENTER, INC., Respondent, v. JOSEPH C. DOLCE, Individually and as Administrator of the Estate of ROSS A. MAURI, Deceased,

Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before August 1, 1960.